# Sprague
**DEMAND MORE THAN SUPPLY**

Polito, Raymond
53 Norwood Ave
Selden NY 11784

| Earnings | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Pay | 24.39 | 33.25 | 810.97 | 17,304.79 |
| Holiday | | | | 195.12 |
| FL. Holiday | 24.39 | 8.00 | 195.12 | 975.60 |
| Vacation | | | | 975.60 |
| Sick | | | | 1,170.72 |
| Overtime 1.5 | | | | 6,914.59 |
| 355 Safety | | | | 50.00 |
| DPB Tx Med W | | | 58.40 | 1,168.00 |
| DPB Tx Den W | | | 4.72 | 94.40 |
| XCESSLF BW3 | | | | 3.60 |
| | | | | |
| Total Gross | | 41.25 | 1,069.21 | 28,852.42 |

| Taxes | | | | |
|---|---|---|---|---|
| Federal Income Tax | | | 126.41 | 4,498.94 |
| Social Security Withheld | | | 63.22 | 1,727.49 |
| Medicare Withheld | | | 14.79 | 404.01 |
| New York State Income Tax | | | 51.71 | 1,542.38 |
| New York SDI EE | | | 0.60 | 12.25 |

| Pre-Tax Deductions | | | | |
|---|---|---|---|---|
| DEN WK EE1 | | | 2.11 | 42.20 |
| 355 FAM POS | | | 47.37 | 947.40 |

| After-Tax Deductions | | | | |
|---|---|---|---|---|
| DPB Med Wkly | | | 10.31 | 206.20 |
| DPB Den Wkly | | | 1.45 | 29.00 |
| 355 DUES | | | 12.69 | 222.63 |

| Check No. | 2171715 |
|---|---|
| Pay Ending Date | 5/17/2009 |
| Pay Date | 5/21/2009 |
| Soc Sec # | XXX-XX-1728 |
| Marital Status | S |
| State / Local Code | |
| Base Rate | 24.39 |

| Direct Deposit Accounts | Amounts |
|---|---|
| 12610003201622 | 675.43 |

Messages

W2 Gross
1,019.73

Net Pay
675.43

— REMOVE DOCUMENT ALONG THIS PERFORATION —

---

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND GREEN ARE PRESENT.

# Sprague
**DEMAND MORE THAN SUPPLY**

FLEET BANK
HARTFORD, CT

119
51-57

2171715

| DATE | AMOUNT |
|---|---|
| 5/21/2009 | *****$675.43 |

**PAY**
SIX HUNDRED SEVENTY FIVE AND 43/100************************************************************ DOLLARS

**TO THE ORDER OF:**
Polito, Raymond
53 Norwood Ave
Selden NY 11784

**NON-NEGOTIABLE**

**Sprague**
DEMAND MORE THAN SUPPLY

Polito, Raymond
53 Norwood Ave
Selden NY 11784

| Earnings | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Pay | 24.39 | 40.00 | 975.61 | 16,493.82 |
| Holiday | | | | 195.12 |
| FL. Holiday | | | | 780.48 |
| Vacation | | | | 975.60 |
| Sick | | | | 1,170.72 |
| Overtime 1.5 | 36.59 | 15.50 | 567.07 | 6,914.59 |
| 355 Safety | | | | 50.00 |
| DPB Tx Med W | | | 58.40 | 1,109.60 |
| DPB Tx Den W | | | 4.72 | 89.68 |
| XCESSLF BW3 | | | | 3.60 |
| | | | | |
| Total Gross | | 55.50 | 1,605.80 | 27,783.21 |
| Taxes | | | | |
| Federal Income Tax | | | 264.66 | 4,372.53 |
| Social Security Withheld | | | 96.49 | 1,664.27 |
| Medicare Withheld | | | 22.56 | 389.22 |
| New York State Income Tax | | | 88.47 | 1,490.67 |
| New York SDI EE | | | 0.60 | 11.65 |
| | | | | |
| Pre-Tax Deductions | | | | |
| DEN WK EE1 | | | 2.11 | 40.09 |
| 355 FAM POS | | | 47.37 | 900.03 |
| | | | | |
| After-Tax Deductions | | | | |
| DPB Med Wkly | | | 10.31 | 195.89 |
| DPB Den Wkly | | | 1.45 | 27.55 |
| 355 DUES | | | 12.69 | 209.94 |

| | |
|---|---|
| Check No. | 2170978 |
| Pay Ending Date | 5/10/2009 |
| Pay Date | 5/14/2009 |
| Soc Sec # | XXX-XX-1728 |
| Marital Status | S |
| State / Local Code | |
| Base Rate | 24.39 |

| Direct Deposit Accounts | Amounts |
|---|---|
| 12610003201622 | 995.97 |

Messages

| W2 Gross | |
|---|---|
| | 1,556.32 |

| Net Pay | |
|---|---|
| | 995.97 |

--- REMOVE DOCUMENT ALONG THIS PERFORATION ---

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND GREEN ARE PRESENT.

**Sprague**
DEMAND MORE THAN SUPPLY

FLEET BANK
HARTFORD, CT

119
51-57

2170978

| DATE | AMOUNT |
|---|---|
| 5/14/2009 | *****$995.97 |

PAY   NINE HUNDRED NINETY FIVE AND 97/100************************************ DOLLARS

TO THE ORDER OF:
Polito, Raymond
53 Norwood Ave
Selden NY 11784

**NON-NEGOTIABLE**

**Sprague**
DEMAND MORE THAN SUPPLY

Polito, Raymond
53 Norwood Ave
Selden NY 11784

| Earnings | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Pay | 24.39 | 40.00 | 975.60 | 14,542.61 |
| Holiday | | | | 195.12 |
| FL Holiday | | | | 780.48 |
| Vacation | | | | 975.60 |
| Sick | | | | 1,170.72 |
| Overtime 1.5 | 36.59 | 12.75 | 466.46 | 5,908.50 |
| 355 Safety | | | | 50.00 |
| DPB Tx Med W | | | 58.40 | 992.80 |
| DPB Tx Den W | | | 4.72 | 80.24 |
| XCESSLF BW3 | | | | 3.60 |
| Total Gross | | 52.75 | 1,505.18 | 24,699.67 |

| Taxes | | | | |
|---|---|---|---|---|
| Federal Income Tax | | | 236.48 | 3,879.07 |
| Social Security Withheld | | | 90.26 | 1,479.23 |
| Medicare Withheld | | | 21.11 | 345.95 |
| New York State Income Tax | | | 81.58 | 1,322.50 |
| New York SDI EE | | | 0.60 | 10.45 |

| Pre-Tax Deductions | | | | |
|---|---|---|---|---|
| DEN WK EE1 | | | 2.11 | 35.87 |
| 355 FAM POS | | | 47.37 | 805.29 |

| After-Tax Deductions | | | | |
|---|---|---|---|---|
| DPB Med Wkly | | | 10.31 | 175.27 |
| DPB Den Wkly | | | 1.45 | 24.65 |
| 355 DUES | | | | 184.56 |

| | |
|---|---|
| Check No. | 2170019 |
| Pay Ending Date | 4/26/2009 |
| Pay Date | 4/30/2009 |
| Soc Sec # | XXX-XX-1728 |
| Marital Status | S |
| State / Local Code | |
| Base Rate | 24.39 |

| Direct Deposit Accounts | Amounts |
|---|---|
| 12610003201622 | 950.79 |

Messages

W2 Gross             1,455.70

Net Pay              950.79

──── REMOVE DOCUMENT ALONG THIS PERFORATION ────

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND GREEN ARE PRESENT.

**Sprague**
DEMAND MORE THAN SUPPLY

FLEET BANK
HARTFORD, CT

119
51-57

2170019

| DATE | AMOUNT |
|---|---|
| 4/30/2009 | *****$950.79 |

**PAY**
NINE HUNDRED FIFTY AND 79/100***************************************DOLLARS

**TO THE ORDER OF:**
Polito, Raymond
53 Norwood Ave
Selden NY 11784

**NON-NEGOTIABLE**

# Sprague
*DEMAND MORE THAN SUPPLY*

Polito, Raymond
53 Norwood Ave
Selden NY 11784

| Earnings | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Pay | 24.39 | 40.00 | 975.61 | 13,567.01 |
| Holiday | | | | 195.12 |
| FL. Holiday | | | | 780.48 |
| Vacation | | | | 975.60 |
| Sick | 24.39 | 8.00 | 195.12 | 1,170.72 |
| Overtime 1.5 | 36.59 | 6.25 | 228.66 | 5,442.04 |
| 355 Safety | | | | 50.00 |
| DPB Tx Med W | | | 58.40 | 934.40 |
| DPB Tx Den W | | | 4.72 | 75.52 |
| XCESSLF BW3 | | | | 3.60 |
| **Total Gross** | | 54.25 | 1,462.51 | 23,194.49 |

| Taxes | | | | |
|---|---|---|---|---|
| Federal Income Tax | | | 224.74 | 3,642.59 |
| Social Security Withheld | | | 87.60 | 1,388.97 |
| Medicare Withheld | | | 20.49 | 324.84 |
| New York State Income Tax | | | 78.65 | 1,240.92 |
| New York SDI EE | | | 0.60 | 9.85 |

| Pre-Tax Deductions | | | | |
|---|---|---|---|---|
| DEN WK EE1 | | | 2.11 | 33.76 |
| 355 FAM POS | | | 47.37 | 757.92 |

| After-Tax Deductions | | | | |
|---|---|---|---|---|
| DPB Med Wkly | | | 10.31 | 164.96 |
| DPB Den Wkly | | | 1.45 | 23.20 |
| 355 DUES | | | 12.69 | 184.56 |

| | |
|---|---|
| Check No. | 2169298 |
| Pay Ending Date | 4/19/2009 |
| Pay Date | 4/23/2009 |
| Soc Sec # | XXX-XX-1728 |
| Marital Status | S |
| State / Local Code | |
| Base Rate | 24.39 |

| Direct Deposit Accounts | Amounts |
|---|---|
| 12610003201622 | 913.38 |

Messages

| W2 Gross | |
|---|---|
| | 1,413.03 |

| Net Pay | |
|---|---|
| | 913.38 |

— REMOVE DOCUMENT ALONG THIS PERFORATION —

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND GREEN ARE PRESENT.

# Sprague
*DEMAND MORE THAN SUPPLY*

FLEET BANK
HARTFORD, CT

51-57/119

2169298

| DATE | AMOUNT |
|---|---|
| 4/23/2009 | *****$913.38 |

**PAY** NINE HUNDRED THIRTEEN AND 38/100 ······················· DOLLARS

**TO THE ORDER OF:**
Polito, Raymond
53 Norwood Ave
Selden NY 11784

**NON-NEGOTIABLE**

**Sprague**
DEMAND MORE THAN SUPPLY

Polito, Raymond
53 Norwood Ave
Selden NY 11784

| Earnings | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Pay | | | | 12,591.40 |
| Holiday | | | | 195.12 |
| FL. Holiday | | | | 780.48 |
| Vacation | 24.39 | 40.00 | 975.60 | 975.60 |
| Sick | | | | 975.60 |
| Overtime 1.5 | | | | 5,213.38 |
| 355 Safety | | | | 50.00 |
| DPB Tx Med W | | | 58.40 | 876.00 |
| DPB Tx Den W | | | 4.72 | 70.80 |
| XCESSLF BW3 | | | | 3.60 |
| | | | | |
| Total Gross | | 40.00 | 1,038.72 | 21,731.98 |

| Taxes | | | | |
|---|---|---|---|---|
| Federal Income Tax | | | 118.79 | 3,417.85 |
| Social Security Withheld | | | 61.34 | 1,301.37 |
| Medicare Withheld | | | 14.34 | 304.35 |
| New York State Income Tax | | | 49.62 | 1,162.27 |
| New York SDI EE | | | 0.60 | 9.25 |

| Pre-Tax Deductions | | | | |
|---|---|---|---|---|
| DEN WK EE1 | | | 2.11 | 31.65 |
| 355 FAM POS | | | 47.37 | 710.55 |

| After-Tax Deductions | | | | |
|---|---|---|---|---|
| DPB Med Wkly | | | 10.31 | 154.65 |
| DPB Den Wkly | | | 1.45 | 21.75 |
| 355 DUES | | | 12.69 | 171.87 |

| Check No. | 2168995 |
|---|---|
| Pay Ending Date | 4/12/2009 |
| Pay Date | 4/16/2009 |
| Soc Sec # | XXX-XX-1728 |
| Marital Status | S |
| State / Local Code | |
| Base Rate | 24.39 |

| Direct Deposit Accounts | Amounts |
|---|---|
| 12610003201622 | 656.98 |

Messages

W2 Gross
989.24

Net Pay
656.98

---- REMOVE DOCUMENT ALONG THIS PERFORATION ----

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND GREEN ARE PRESENT

**Sprague**
DEMAND MORE THAN SUPPLY

FLEET BANK
HARTFORD, CT

119
51-57

2168995

| DATE | AMOUNT |
|---|---|
| 4/16/2009 | *****$656.98 |

**PAY**
SIX HUNDRED FIFTY SIX AND 98/100************************************************ DOLLARS

**TO THE ORDER OF:**
Polito, Raymond
53 Norwood Ave
Selden NY 11784

**NON-NEGOTIABLE**

**Sprague**
DEMAND MORE THAN SUPPLY

Polito, Raymond
53 Norwood Ave
Selden NY 11784

| Earnings | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Pay | 24.39 | 40.00 | 975.60 | 12,591.40 |
| Holiday | | | | 195.12 |
| FL. Holiday | | | | 780.48 |
| Sick | | | | 975.60 |
| Overtime 1.5 | 36.59 | 15.50 | 567.07 | 5,213.38 |
| 355 Safety | | | | 50.00 |
| DPB Tx Med W | | | 58.40 | 817.60 |
| DPB Tx Den W | | | 4.72 | 66.08 |
| XCESSLF BW3 | | | | 3.60 |
| | | | | |
| Total Gross | | 55.50 | 1,605.79 | 20,693.26 |
| **Taxes** | | | | |
| Federal Income Tax | | | 264.65 | 3,299.06 |
| Social Security Withheld | | | 96.49 | 1,240.03 |
| Medicare Withheld | | | 22.57 | 290.01 |
| New York State Income Tax | | | 88.47 | 1,112.65 |
| New York SDI EE | | | 0.60 | 8.65 |
| | | | | |
| **Pre-Tax Deductions** | | | | |
| DEN WK EE1 | | | 2.11 | 29.54 |
| 355 FAM POS | | | 47.37 | 663.18 |
| | | | | |
| **After-Tax Deductions** | | | | |
| DPB Med Wkly | | | 10.31 | 144.34 |
| DPB Den Wkly | | | 1.45 | 20.30 |
| 355 DUES | | | 12.69 | 159.18 |

| | |
|---|---|
| Check No. | 2168237 |
| Pay Ending Date | 4/5/2009 |
| Pay Date | 4/9/2009 |
| Soc Sec # | XXX-XX-1728 |
| Marital Status | S |
| State / Local Code | |
| Base Rate | 24.39 |

| Direct Deposit Accounts | Amounts |
|---|---|
| 12610003201622 | 995.96 |

Messages

| W2 Gross | |
|---|---|
| | 1,556.31 |

| Net Pay | |
|---|---|
| | 995.96 |

— REMOVE DOCUMENT ALONG THIS PERFORATION —

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND GREEN ARE PRESENT.

**Sprague**
DEMAND MORE THAN SUPPLY

FLEET BANK
HARTFORD, CT

119
51-57

2168237

| DATE | AMOUNT |
|---|---|
| 4/9/2009 | ****$995.96 |

**PAY**
NINE HUNDRED NINETY FIVE AND 96/100************************************************ DOLLARS

**TO THE ORDER OF:**
Polito, Raymond
53 Norwood Ave
Selden NY 11784

**NON-NEGOTIABLE**